IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELISE ANNETTE DAVIS**                                                                PLAINTIFF

v.                                        Case No. 4:21-cv-00712 JM

**ANGELA NEWCOMB, Assistant Director,
Prevention and Recertification; SHEPHANIE
BEASLEY, Acting Area Director; LASONYA
MOOREHEAD, DCFS Case Manager; CARLA
MONTGOMERY, Case Worker; ARKANSAS
DEPARTMENT OF FAMILY AND CHILDREN
SERVICES**                                                                                        DEFENDANTS

## ORDER

On October 15, 2021, this Court entered an Order warning Davis that her complaint was conclusory and insufficiently pleaded. (Doc. 3). Davis was given until October 29, 2021 to amend her complaint. The Court explained to Davis her responsibilities to follow the rules and cautioned that failure to amend could result in dismissal under Local Rule 5.5(c)(2). Davis has not filed an amended complaint, and the time to do so has passed. Davis's complaint is dismissed without prejudice for failing to state a claim upon which relief can be granted. LOCAL RULE 5.5(c)(2); 28 U.S.C. § 1915(e)(2)(B)(ii).

An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 4th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE