## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ELISE ANNETTE DAVIS**                                                                 **PLAINTIFF**

**v.**                                        **Case No. 4:21-cv-00712 JM**

**ANGELA NEWCOMB, Assistant Director,**
**Prevention and Recertification;  SHEPHANIE**
**BEASLEY, Acting Area Director;  LASONYA**
**MOOREHEAD, DCFS Case Manager;  CARLA**
**MONTGOMERY, Case Worker;  ARKANSAS**
**DEPARTMENT OF FAMILY AND CHILDREN**
**SERVICES**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 4th day of November, 2021.


_____
UNITED STATES DISTRICT JUDGE